UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| NANCY J. WILLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:10-CV-167 |
| v. ) | |
| ) | Collier/Lee |
| MICHAEL J. ASTRUE ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

For the reasons stated in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's R&R (Court File No. 14). The Court **DENIES** Plaintiff's motion for summary judgment (Court File No. 10), and **GRANTS** Defendant's motion for summary judgment (Court File No. 12). The Courtl **AFFIRMS** the Commissioner's decision and **DISMISSES** the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**